IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ANTHONY ACHORONYE, : | |
| Plaintiff, : | |
| v. : | Case No.: PJM 08-CV-3411 |
| PRINCE GEORGE'S COUNTY, MD, : | |
| Defendant. : | |

### AFFIDAVIT OF LAWRENCE R. HOLZMAN, ESQUIRE

Lawrence R. Holzman, being first duly sworn, does hereby depose and say:

1. I am over the age of 18 and competent to testify to the following facts, of which I have personal knowledge.

2. I am a graduate of the University of Maryland School of Law. I have been a member of the Maryland Bar since 1993, and a member of the Bar of the District of Columbia since 2004. I also have been admitted to various other courts, including the Supreme Court of the United States, the Court of Appeals for the Fourth Circuit, and U.S. Bankruptcy Court for Maryland and the District of Columbia.

3. I am an attorney at Joseph, Greenwald & Laake, P.A. ("JG&L") and one of the attorneys of record for Officer Anthony Achoronye in this matter.

4. I submit this Affidavit in support of Officer Achoronye's Motion for the Award and Judgment of Attorney's Fees to Prevailing Party ("Motion").

5. The timesheets, attached as Exhibit A, are true and correct redacted copies of the time records contemporaneously created and maintained by JG&L in this matter. The redactions were made to protect privileged and confidential information.

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
5404 Ivy Lane • Suite 400
Greenbelt, MD 20770

(301) 220-2200 •Fax 220-1214

www.jgllaw.com

6. The attached timesheets also reflect the hourly rates that I and others at JG&L charged Officer Achoronye in this case, and the amounts he has paid to date pursuant to our written, hourly-rate retainer agreement.

7. My own hourly rate ranges, depending on the type of case, from $315 an hour to $350 an hour. In this case, I charged Officer Achoronye at my lowest hourly rate of $315.00.

8. The attached timesheets also reflect the fact that Katherine S. Krametbauer did most of the pre-hearing work in this case. Ms. Krametbauer is a second year Associate at JG&L, and a former law clerk to Hon. Ann O'Regan Keary of D.C. Superior Court. She billed at her regular hourly rate of $250.00.

9. As itemized on Exhibit A, the fees and costs incurred by Officer Achoronye in this matter, through January 14, 2009, total the following:

   a. Attorneys' fees total $27,600.50.

      i. Lawrence Holzman for 47.30 hours at $315.00 per hour
      ii. Katherine Krametbauer for 43.10 hours at $250.00 per hour
      iii. Timothy Maloney for 2.10 hours at $400.00 per hour
      iv. Brian Markovitz for 1.60 hours at $285.00 per hour
      v. Cary Hansel for 0.3 hours at $300.00 per hour
      vi. Jason Levine for 1.60 at $275.00 per hour
      vii. Joseph Creed for 0.40 at $250.00 per hour

   b. Costs total $ 607.78.

   c. Expert fees: $500.00 per hour for 5.5 hours for a total of $2750.00.[1]

   d. Total of all fees and expenses: $30,958.28.

10. In my opinion, with reasonable certainty, all of the time reflected on the attached timesheets was necessarily incurred in the representation of Officer Achoronye in

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
5404 Ivy Lane • Suite 400
Greenbelt, MD 20770

(301) 220-2200 •Fax 220-1214

www.jgllaw.com

---

[1] This is an estimate to the best of my understanding of the hourly rate and number of hours Dr. Wityk spent as a final bill has not been received.

this matter, and the charges for those services are fair and reasonable, and all of the costs reflected on the attached timesheets were actually and necessarily incurred, and are fair and reasonable.

I declare under the penalties of perjury that the foregoing facts are true and correct.

_____
Lawrence R. Holzman

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
5404 Ivy Lane • Suite 400
Greenbelt, MD 20770

(301) 220-2200 •Fax 220-1214

www.jgllaw.com