Client 016298/Achoronye, Anthony
Matter 001/Achoronye, Anthony Non-Contingent Employment Matter

**TIME ENTERED (Billable, NonBillable, WIP Adj)**

| Date | Tmkpr | Type | Code | Print | Seq # | Units | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/26/2008 | KSK | Time | Y/B/ | N/Y | 2259603 | 0.70 | 250.00 | 175.00 |
| 11/30/2008 | TFM | Time | Y/B/ | N/Y | 2260745 | 0.30 | 400.00 | 120.00 |
| 12/01/2008 | KSK | Time | Y/B/ | N/Y | 2265064 | 0.40 | 250.00 | 100.00 |
| 12/02/2008 | KSK | Time | Y/B/ | N/Y | 2265294 | 0.80 | 250.00 | 200.00 |
| 12/04/2008 | KSK | Time | Y/B/ | N/Y | 2265524 | 1.00 | 250.00 | 250.00 |
| 12/04/2008 | TFM | Time | Y/B/ | N/Y | 2265620 | 0.20 | 400.00 | 80.00 |
| 12/05/2008 | KSK | Time | Y/B/ | N/Y | 2265783 | 0.10 | 250.00 | 25.00 |
| 12/05/2008 | TFM | Time | Y/B/ | N/Y | 2265839 | 0.20 | 400.00 | 80.00 |
| 12/12/2008 | KSK | Time | Y/B/ | N/Y | 2266463 | 1.30 | 250.00 | 325.00 |
| 12/12/2008 | TFM | Time | Y/B/ | N/Y | 2266570 | 0.30 | 400.00 | 120.00 |
| 12/13/2008 | JLL | Time | Y/B/ | N/Y | 2266607 | 0.20 | 275.00 | 55.00 |
| 12/13/2008 | KSK | Time | Y/B/ | N/Y | 2266612 | 2.30 | 250.00 | 575.00 |
| 12/14/2008 | KSK | Time | Y/B/ | N/Y | 2267791 | 7.30 | 250.00 | 1,825.00 |
| 12/15/2008 | KSK | Time | Y/B/ | N/Y | 2267799 | 6.40 | 250.00 | 1,600.00 |
| 12/15/2008 | JLL | Time | Y/B/ | N/Y | 2267913 | 1.00 | 275.00 | 275.00 |
| 12/15/2008 | JMC | Time | Y/B/ | N/Y | 2268104 | 0.20 | 250.00 | 50.00 |
| 12/16/2008 | BJM | Time | Y/B/ | N/Y | 2268032 | 0.60 | 285.00 | 171.00 |
| 12/16/2008 | KSK | Time | Y/B/ | N/Y | 2268033 | 3.10 | 250.00 | 775.00 |

Client 016298/Achoronye, Anthony
Matter 001/Achoronye, Anthony Non-Contingent
Employment Matter

| Date | Tmkpr | Type | Code | Print | Seq # | Units | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/16/2008 | JLL | Time | Y/B/ | N/Y | 2268070 | 0.40 | 275.00 | 110.00 |
| 12/16/2008 | LRH | Time | Y/B/ | N/Y | 2270915 | 2.90 | 315.00 | 913.50 |
| 12/17/2008 | KSK | Time | Y/B/ | N/Y | 2268184 | 1.20 | 250.00 | 300.00 |
| 12/17/2008 | LRH | Time | Y/B/ | N/Y | 2268253 | 2.10 | 315.00 | 661.50 |
| 12/18/2008 | JMC | Time | Y/B/ | N/Y | 2268356 | 0.20 | 250.00 | 50.00 |
| 12/18/2008 | LRH | Time | Y/B/ | N/Y | 2271213 | 7.10 | 315.00 | 2,236.50 |
| 12/19/2008 | LRH | Time | Y/B/ | N/Y | 2268549 | 3.10 | 315.00 | 976.50 |
| 12/20/2008 | LRH | Time | Y/B/ | N/Y | 2271218 | 0.20 | 315.00 | 63.00 |
| 12/22/2008 | LRH | Time | Y/B/ | N/Y | 2269279 | 3.50 | 315.00 | 1,102.50 |
| 12/22/2008 | BJM | Time | Y/B/ | N/Y | 2269292 | 1.00 | 285.00 | 285.00 |
| 12/22/2008 | CH | Time | Y/B/ | N/Y | 2271741 | 0.30 | 300.00 | 90.00 |
| 12/23/2008 | LRH | Time | Y/B/ | N/Y | 2271215 | 2.10 | 315.00 | 661.50 |
| 12/29/2008 | KSK | Time | Y/B/ | N/Y | 2269583 | 1.00 | 250.00 | 250.00 |
| 12/29/2008 | LRH | Time | Y/B/ | N/Y | 2269590 | 3.80 | 315.00 | 1,197.00 |
| 12/30/2008 | KSK | Time | Y/B/ | N/Y | 2269634 | 0.40 | 250.00 | 100.00 |
| 12/30/2008 | TFM | Time | Y/B/ | N/Y | 2269702 | 0.40 | 400.00 | 160.00 |
| 12/30/2008 | TFM | Time | Y/B/ | N/Y | 2269743 | 0.40 | 400.00 | 160.00 |
| 12/31/2008 | KSK | Time | Y/B/ | N/Y | 2269785 | 0.30 | 250.00 | 75.00 |
| 01/05/2009 | KSK | Time | Y/B/ | N/Y | 2271899 | 3.80 | 250.00 | 950.00 |

Client 016298/Achoronye, Anthony
Matter 001/Achoronye, Anthony Non-Contingent
Employment Matter

| Date | Tmkpr | Type | Code | Print | Seq # | Units | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/05/2009 | TFM | Time | Y/B/ | N/Y | 2271922 | 0.30 | 400.00 | 120.00 |
| 01/05/2009 | LRH | Time | Y/B/ | N/Y | 2277729 | 1.30 | 315.00 | 409.50 |
| 01/06/2009 | KSK | Time | Y/B/ | N/Y | 2272061 | 0.90 | 250.00 | 225.00 |
| 01/06/2009 | LRH | Time | Y/B/ | N/Y | 2277731 | 1.70 | 315.00 | 535.50 |
| 01/06/2009 | LRH | Time | Y/B/ | N/Y | 2277737 | 1.10 | 315.00 | 346.50 |
| 01/07/2009 | KSK | Time | Y/B/ | N/Y | 2272279 | 5.80 | 250.00 | 1,450.00 |
| 01/08/2009 | KSK | Time | Y/B/ | N/Y | 2272351 | 2.80 | 250.00 | 700.00 |
| 01/08/2009 | LRH | Time | Y/B/ | N/Y | 2277742 | 3.10 | 315.00 | 976.50 |
| 01/09/2009 | KSK | Time | Y/B/ | N/Y | 2272578 | 3.50 | 250.00 | 875.00 |
| 01/09/2009 | LRH | Time | Y/B/ | N/Y | 2277743 | 4.90 | 315.00 | 1,543.50 |
| 01/11/2009 | LRH | Time | Y/B/ | N/Y | 2277956 | 4.90 | 315.00 | 1,543.50 |
| 01/12/2009 | LRH | Time | Y/B/ | N/Y | 2277957 | 4.30 | 315.00 | 1,354.50 |
| 01/14/2009 | LRH | Time | Y/B/ | N/Y | 2277965 | 1.20 | 315.00 | 378.00 |
| 01/15/2009 | LRH | Time | Y/B/ | N/Y | 2273184 | 0.30 | 315.00 | 94.50 |
| 01/16/2009 | KSK | Time | Y/B/ | N/Y | 2273410 | 1.50 | 250.00 | 375.00 |
| 01/16/2009 | LRH | Time | Y/B/ | N/Y | 2273414 | 0.70 | 315.00 | 220.50 |
| 01/19/2009 | LRH | Time | Y/B/ | N/Y | 2276960 | 1.50 | 315.00 | 472.50 |
| 01/21/2009 | LRH | Time | Y/B/ | N/Y | 2278153 | 2.40 | 315.00 | 756.00 |
| 01/22/2009 | LRH | Time | Y/B/ | N/Y | 2278154 | 0.80 | 315.00 | 252.00 |

Client 016298/Achoronye, Anthony
Matter 001/Achoronye, Anthony Non-Contingent
Employment Matter

| Date | Tmkpr | Type | Code | Print | Seq # | Units | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/28/2009 | LRH | Time | Y/B/ | N/Y | 2278698 | 0.40 | 315.00 | 126.00 |
| 01/28/2009 | LRH | Time | Y/B/ | N/Y | 2279015 | 0.40 | 315.00 | 126.00 |
| 02/11/2009 | LRH | Time | Y/B/ | N/Y | 2286459 | 0.20 | 315.00 | 63.00 |
| 02/12/2009 | KSK | Time | Y/B/ | N/Y | 2282464 | 0.40 | 250.00 | 100.00 |
| 02/13/2009 | KSK | Time | Y/B/ | N/Y | 2282468 | 0.60 | 250.00 | 150.00 |
| 02/13/2009 | LRH | Time | Y/B/ | N/Y | 2286634 | 0.30 | 315.00 | 94.50 |
| 02/18/2009 | KSK | Time | Y/B/ | N/Y | 2282498 | 0.80 | 250.00 | 200.00 |
| 02/18/2009 | LRH | Time | Y/B/ | N/Y | 2287581 | 0.60 | 315.00 | 189.00 |
| 02/20/2009 | KSK | Time | Y/B/ | N/Y | 2287721 | 0.20 | 250.00 | 50.00 |
| 02/23/2009 | KSK | Time | Y/B/ | N/Y | 2288356 | 1.40 | 250.00 | 350.00 |
| 02/23/2009 | LRH | Time | Y/B/ | N/Y | 2288382 | 2.20 | 315.00 | 693.00 |
| 02/23/2009 | TFM | Time | Y/B/ | N/Y | 2288519 | 0.30 | 400.00 | 120.00 |
| 02/24/2009 | KSK | Time | Y/B/ | N/Y | 2288593 | 1.40 | 250.00 | 350.00 |
| 02/24/2009 | LRH | Time | Y/B/ | N/Y | 2288660 | 0.80 | 315.00 | 252.00 |
| 02/26/2009 | LRH | Time | Y/B/ | N/Y | 2289221 | 0.50 | 315.00 | 157.50 |

```
**Total           Matter 001/Achoronye, Anthony
Billable Time       114.10  32,792.00              114.10   32,792.00
Report  Totals  Matter Count: 1
Billable Time       114.10  32,792.00              114.10   32,792.00
```

Joseph, Greenwald Laake     Page 5 of 6

Client 016298/Achoronye, Anthony
Matter 001/Achoronye, Anthony  Case 8:08-cv-03411-PJM   Document 25-2   Filed 03/09/09   Page 5 of 6
Non-Contingent
Employment Matter

| Date | Tmkpr | Type | Code | Print | Seq # | Units | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/16/2008 | TFM | Exp H | Y/-/FF | N/Y | 2264826 | 0.00 | 0.00 | 115.00 |

**EXPENSES ENTERED (Billable, NonBillable, WIP Adj)**

| Date | Tmkpr | Type | Code | Print | Seq # | Units | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/16/2008 | TFM | Exp H | Y/-/FF | N/Y | 2264826 | 0.00 | 0.00 | 115.00 |
| 12/18/2008 | TFM | Exp H | Y/-/FF | N/Y | 2267650 | 0.00 | 0.00 | 350.00 |
| 12/19/2008 | CMO | Exp S | Y/-/CMO | N/Y | 2267671 | 3.00 | 25.00 | 75.00 |
| 12/23/2008 | TFM | Exp H | Y/-/EW | N/Y | 2267730 | 0.00 | 0.00 | 62.98 |
| 01/05/2009 | TFM | Exp S | Y/-/CP | N/Y | 2269964 | 0.00 | 0.00 | 4.80 |
| 01/23/2009 | TFM | Exp S | Y/-/CP | N/Y | 2271606 | 0.00 | 0.00 | 19.05 |
| 01/27/2009 | TFM | Exp S | Y/-/LEX | N/Y | 2276532 | 0.00 | 0.00 | 9.46 |
| 01/27/2009 | TFM | Exp S | Y/-/LEX | N/Y | 2276535 | 0.00 | 0.00 | 25.46 |
| 01/27/2009 | TFM | Exp S | Y/-/LEX | N/Y | 2276591 | 0.00 | 0.00 | 36.96 |
| 02/18/2009 | TFM | Exp H | Y/-/SP | N/Y | 2282001 | 0.00 | 0.00 | 150.00 |
| 02/19/2009 | TFM | Exp H | Y/-/FED | N/Y | 2282200 | 0.00 | 0.00 | 14.56 |
| 02/19/2009 | TFM | Exp H | Y/-/FED | N/Y | 2282211 | 0.00 | 0.00 | 12.88 |

- 12/16/2008: CLERK, CIRCUIT COURT FOR PG  Filing Fees
- 12/18/2008: Clerk U.S. District Court  Filing Fees
- 12/19/2008: Legal Assistant Expense - 12/18/2008 - File Complaint and Walk File to Judge Greene Chamber
- 12/23/2008: Robert J Wityk, M.D.- Expert Witness Fee
- 01/05/2009: Photocopying - CopiTrack Report 12/16/2008 - 12/31/2008
- 01/23/2009: Photocopying - CopiTrack Report 1/1/2009 - 1/15/2009
- 01/27/2009: LEXIS-NEXIS  LEXIS-NEXIS Online Charges
- 01/27/2009: LEXIS-NEXIS  LEXIS-NEXIS Online Charges
- 01/27/2009: LEXIS-NEXIS  LEXIS-NEXIS Online Charges
- 02/18/2009: Due Process  Service of Process to: Robert Wityk, M.D.
- 02/19/2009: Federal Express Corporation  Federal Express to: Roberto Hylton
- 02/19/2009: Federal Express Corporation  Federal Express to: PG Personnel

Client 016298/Achoronye, Anthony
Matter 001/Achoronye, Anthony  Non-Contingent
Employment Matter

| Date | Tmkpr | Type | Code | Print | Seq # | Units | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/19/2009 | TFM | Exp H | Y/-/FED | N/Y | 2282212 | 0.00 | 0.00 | 12.88 |
| Federal Express Corporation  Federal Express to: Roberto Hylton | | | | | | | | |
| 02/26/2009 | TFM | Exp S | Y/-/PST | N/Y | 2286832 | 0.00 | 0.00 | 5.32 |
| Postage - 2/24/2009 | | | | | | | | |
| 02/27/2009 | TFM | Exp H | Y/-/COU | N/Y | 2287893 | 0.00 | 0.00 | 16.75 |
| City Express Delivery Service  COURIER CHARGE to: County Attorney PG | | | | | | | | |
| 02/27/2009 | TFM | Exp H | Y/-/SP | N/Y | 2287899 | 0.00 | 0.00 | 90.00 |
| Due Process  Service of Process to: Robert Wityk, M.D. | | | | | | | | |
| 03/03/2009 | TFM | Exp S | Y/-/CP | N/Y | 2288335 | 0.00 | 0.00 | 3.75 |
| Photocopying  - CopiTrack Report 2/16/09 - 2/28/09 | | | | | | | | |

**Total            Matter 001/Achoronye, Anthony
Billable Hard Ex      825.05                    825.05
Billable Soft Exp     179.80                    179.80
Report  Totals    Matter Count: 1
Billable Hard Ex      825.05                    825.05
Billable Soft Exp     179.80                    179.80